**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00150-CV

### LARRY M. GENTILELLO, M.D., Appellant

### V.

### DALLAS COUNTY HOSPITAL DISTRICT
### D/B/A PARKAND HEALTH AND HOSPITAL SYSTEM, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 07-6167

## ORDER

We **GRANT** the parties' May 6, 2013 joint motion for an extension of time to file appellate briefs. Appellant shall file his brief on or before June 5, 2013. Appellee shall file its brief on or before August 5, 2013.

/s/     DAVID LEWIS
         JUSTICE